In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00109-CV**

_____

**JAMES T. BENFIELD, GENESIS ENERGY, LLC, GENESIS ENERGY, L.P., and DAVISON TRANSPORTATION SERVICES, INC., Appellants**

**V.**

**DEZMON SIMPSON and YULONDA ELDRIDGE, Appellees**

**On Appeal from the 136th District Court**
**Jefferson County, Texas**
**Trial Cause No. D-199,677**

## MEMORANDUM OPINION

James Benfield, Genesis Energy, LLC, Genesis Energy, L.P., and Davison Transportation Services, Inc., Appellants, and Dezmon Simpson and Yulonda Eldridge, Appellees, filed a joint motion to vacate the trial court's judgment and remand the case to the trial court for rendition of judgment in accordance with their settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). We grant the motion, set aside the trial court's judgment without regard to the merits, and remand the case to

1

the trial court for rendition of judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 43.2(d).

VACATED AND REMANDED.

_____
CHARLES KREGER
Justice

Submitted on December 21, 2021
Opinion Delivered June 9, 2022

Before Golemon, C.J., Kreger and Horton, JJ.